[Related to Docket No. 40]

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>RAFAEL ZAKARIA, an individual, LILY AFRAHIM, an individual, and MELINDA BONENE, also known as MELINDA BONINI, an individual,<br><br>        Defendants. | Case No. 2:24-cv-00857-AS<br><br>Assigned to: Hon. Alka Sagar<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>[Filed concurrently with Stipulation for Entry of Judgment]<br><br>Complaint Filed:   January 31, 2024<br>Discovery Cutoff: October 1, 2024<br>Motion Cutoff:     November 11, 2024<br>Trial Date:             March 25, 2025 |

Pursuant to the Stipulation for Entry of Judgment by and between plaintiff Safeco Insurance Company of America ("Safeco") and defendants Rafael Zakaria and Lily Afrahim (the "Insureds"), the Court hereby enters judgment in favor of Safeco and against the Insureds, as follows:

1. The homeowners insurance policy (Policy No. OA5087247) that Safeco issued to the Insureds, effective September 19, 2022 to September 19, 2023, does not cover the claims asserted against the Insureds in the case titled *Melinda Bonene, aka Melinda Bonini v. Rafael Zakaria, et al.*, Los Angeles County Superior Court Case No. 23SMCV03629 (the "Underlying Action"), or any other claims or suits arising out of the incident described in the Underlying Action (the "Loss");

2. Safeco has and had no duty to defend the Insureds, or to pay any portion of the Insureds' defense costs, in the Underlying Action or in connection with any other claims or suits arising out of the Loss;

3. Safeco is entitled to withdraw from its defense of the Insureds in the Underlying Action;

4. Safeco has no duty to indemnify the Insureds against any claim alleged in the Underlying Action or any other claims or suits arising out of the Loss; and

5. Safeco waives its right to recover from the Insureds the attorneys' fees incurred providing a defense to the Insureds in the Underlying Action, and the parties are responsible for their own fees and costs incurred in this action.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED.**

Dated: July 10, 2024

_____/ s / Sagar_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE